*T. M. Tyng* and *Edward D. Dowling* for appellant.

*Benjamin F. Blair* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ. Absent: O'BRIEN, J.

---

ARTHUR C. JACOBSON et al., Comprising the Partnership of ARTHUR C. JACOBSON & SON, Appellants, *v.* HENRY S. STONE, Respondent.

*Jacobson* v. *Stone*, 110 App. Div. 919, affirmed.
(Submitted November 28, 1906; decided December 18, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 4, 1906, affirming a judgment in favor of defendant entered upon a verdict directed by the court in an action by materialmen to recover upon an order made by a contractor and accepted by the owner of a building in course of erection.

*Hector M. Hitchings* for appellants.

*Thomas E. Pearsall* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN and CHASE, JJ. Not sitting: WILLARD BARTLETT, J. Absent: O'BRIEN, J.

---

BUFFALO LOAN, TRUST AND SAFE DEPOSIT COMPANY, Respondent and Appellant, *v.* JOHN CARSTENSEN, Appellant and Respondent.

*Buffalo Loan, T. & S. D. Co.* v. *Carstensen*, 107 App. Div. 128, affirmed.
(Argued December 3, 1906; decided December 18, 1906.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department,